THE PEOPLE ex rel. DENNIS LAUGHLIN, *v.* THE FIRE COMMISSIONER OF THE CITY OF BROOKLYN.

(Argued March 17, 1887; decided April 19, 1887.)

*Esek Cowen* for appellant.

*William T. Gilbert* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.